IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN CARL SUTTERLEY, <br> TDCJ-CID NO.1201260, <br> Plaintiff, <br> <br> v. <br> <br> FLORENCE MORRIS, *et al.*, <br> <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION H-04-2102 |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a final judgment.

The Clerk will provide a copy of this Order to the plaintiff.

SIGNED at Houston, Texas, on February 1, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE